# Court of Appeals
## of the State of Georgia

ATLANTA,  November 07, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0514. CAIN v. THE STATE.**

     This appeal was docketed on October 11, 2024, making the appellant's brief containing an enumerations of error due on October 31, 2024. See Court of Appeals Rule 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed."). To date, the appellant has failed to file a brief. Accordingly, the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/07/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*